| | |
|---|---|
| 1 | Edward D. Johnson (SBN 189475) |
| 2 | wjohnson@mayerbrown.com<br>Eric B. Evans (SBN 232476) |
| 3 | eevans@mayerbrown.com<br>Jonathan A. Helfgott (SBN 278969) |
| 4 | jhelfgott@mayerbrown.com<br>MAYER BROWN LLP |
| 5 | Two Palo Alto Square, Suite 300 |
| 6 | 3000 El Camino Real<br>Palo Alto, CA 94306-2112 |
| 7 | Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060 |

Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RACHEL FREZZA and MAURO RODRIGUEZ, on their own behalf and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br>GOOGLE INC.,<br>                Defendant. | CASE NO. 5:12-cv-00237-RMW<br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br>Date Filed:   January 13, 2012<br>Trial Date:   Not Set |

Pursuant to Civil Local Rule 6-2(a), this stipulation is entered into between Counsel for Plaintiffs Rachel Frezza and Mauro Rodriguez (collectively "Plaintiffs") and Defendant Google Inc. ("Google").

WHEREAS, on May 8, 2012, the Court set the hearing on Google's Motion to Dismiss for June 8, 2012 at 9:00 a.m.; and

WHEREAS, subsequent to the Court's May 8 notice setting the June 8 hearing date, Plaintiffs became aware of a conflict that will make them unavailable on that date, and requested that Google agree to have the hearing set for another date;

IT IS HEREBY STIPULATED AND AGREED that the parties jointly request that the hearing on Google's Motion to Dismiss be adjourned until June 15, 2012 at 9:00 a.m.

IT IS FURTHER STIPULATED AND AGREED that the parties jointly request any case management conference in this matter shall be adjourned so that it does not take place prior to the hearing on Google's Motion to Dismiss.

Pursuant to Civil Local Rule 6-2(a)(2), the parties state that on February 2, 2012, Plaintiffs agreed to extend Google's time to respond to the Complaint to March 16, 2012; on March 20, 2012, and on March 29, 2012 Google agreed to extend Plaintiffs' time to file their opposition until April 20, 2012 and the parties stipulated that Google would have until May 4, 2012 to file its reply.

**IT IS SO STIPULATED.**

DATED: May 10, 2012                    **MAYER BROWN LLP**

/s/Edward D. Johnson
Edward D. Johnson
Eric B. Evans
Jonathan A. Helfgott
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
*Attorneys for Defendant Google, Inc.*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATKINS & DAVIDSON, APC**

/s/ Todd C. Atkins
Todd. C. Atkins
701 B Street, Suite 1170
San Diego, CA 92101
Telephone: (619) 255-2380
Fax: (619) 231-4984

-AND-

**SIPRUT PC**
Joseph J. Siprut
James M. McClintick
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 588-1440
Fax: (312) 427-1850

*Attorneys for Plaintiffs*

2

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

(1) The hearing on Defendant Google Inc.'s Motion to Dismiss shall be set for Friday, June 15, 2012 at 9:00 a.m.

(2) No case management conference shall occur before Friday, June 15, 2012.

DATED:  Í ꜩ

*/s/ Ronald M. Whyte*
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3

STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. 5:12-CV-00237-RMW