| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | EDWARD D. JOHNSON (SBN 189475)<br>   wjohnson@mayerbrown.com<br>ERIC B. EVANS (SBN 232476)<br>   eevans@mayerbrown.com<br>JONATHAN A. HELFGOTT (SBN 278969)<br>   jhelfgott@mayerbrown.com<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA  94306-2112<br>Telephone: (650) 331-2000<br>Facsimile:  (650) 331-2060<br><br>*Attorneys for Defendant*<br>*Google Inc.* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RACHEL FREZZA and MAURO RODRIGUEZ, on their own behalf and all others similarly situated,<br>                              Plaintiffs,<br>        v.<br>GOOGLE INC.,<br>                              Defendant. | CASE NO. 5:12-CV-00237-RMW<br><br>**STIPULATED REQUEST FOR ADJOURNMENT OF CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a), this stipulated request is entered into between Counsel for Plaintiffs Rachel Frezza and Mauro Rodriguez (collectively "Plaintiffs") and Defendant Google Inc. ("Google").

WHEREAS, on June 15, 2012, the Court held a hearing on Google's Motion to Dismiss;

WHEREAS, On July 18, 2012, the Court scheduled a Case Management Conference for August 31, 2012 at 10:30 a.m.;

WHEREAS, on August 2, 2012, this Court entered a Minute Entry for the June 15, 2012 hearing, which indicated that the Court would "defer scheduling a Case Management Conference until further notice," and, as a result of the August 2 entry, Plaintiffs had understood that the August 31, 2012 Case Management Conference had been vacated;

WHEREAS, the August 31 Case Management Conference still appears on this Court's docket; and

1  WHEREAS, the parties agree that they will be better able to prepare for, and productively
2  participate in, the Case Management Conference after disposition of the pending motion to
3  dismiss:

4  IT IS HEREBY STIPULATED AND REQUESTED that the Case Management
5  Conference currently scheduled for August 31, 2012 be adjourned until thirty days after this
6  Court rules on Google's Motion to Dismiss, or at the Court's convenience following that date.

7  Pursuant to Civil Local Rule 6-2(a)(2), the parties state that on February 2, 2012,
8  Plaintiffs agreed to extend Google's time to respond to the Complaint to March 16, 2012; on
9  March 20, 2012, and on March 29, 2012 Google agreed to extend Plaintiffs' time to file their
10 opposition until April 20, 2012 and the parties stipulated that Google would have until May 4,
11 2012 to file its reply.

12 **IT IS SO STIPULATED AND REQUESTED.**

14 DATED: August 20, 2012                         MAYER BROWN LLP

15                                                /s/ Edward D. Johnson
                                                  Edward D. Johnson (SBN 189475)
16                                                Eric B. Evans (SBN 232476)
17                                                Jonathan A. Helfgott (SBN 278969)
                                                  Two Palo Alto Square, Suite 300
18                                                3000 El Camino Real
                                                  Palo Alto, CA 94306
19                                                T: (650) 331-2000
                                                  F: (650) 331-2060
20                                                *Attorneys for Defendant Google Inc.*

21                                                SIPRUT PC
22
                                                  /s/ Joseph J. Siprut
23                                                Joseph J. Siprut (*Pro Hac Vice*)
                                                  17 North State Street, Suite 1600
24                                                Chicago, IL 60602
25                                                T: (619) 255-2380
                                                  F: (619) 231-4984
26                                                *Attorneys for Plaintiffs Rachael*
                                                  *Frezza and Mauro Rodriguez*

|   |   |
|---|---|
| 1 | **[] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED THAT: |
| 3 | The Case Management Conference Scheduled for August 31, 2012 shall be adjourned until thirty (30) days following entry of the Court's Order on the pending Motion to Dismiss or at the Court's convenience following that date. |

Dated: _____

*Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

-3-
STIPULATED REQUEST FOR ADJOURNMENT OF CASE MANAGEMENT CONFERENCE
CASE NO. 5:12-CV-00237-RMW