1 | Joseph J. Siprut (admitted *Pro Hac Vice*)
  | jsiprut@siprut.com
2 | SIPRUT PC
  | 17 N. State Street
3 | Suite 1600
  | Chicago, Illinois 60602
4 | Tel: 312.588.1440
  | Fax: 312.427.1850
5 |
6 | Todd C. Atkins
  | tatkins@siprut.com
7 | SIPRUT PC
  | 701 B Street
8 | Suite 1400
  | San Diego, California 92101
9 | Tel: 619.255.2380
  | Fax: 619.231.4984
10 |
11 | *Counsel for Plaintiffs and the Proposed Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| RACHEL FREZZA and MAURO RODRIGUEZ, on their own behalf and all others similarly situated, | CASE NO. 5:12-CV-00237-RMW |
|---|---|
| Plaintiffs, | **STIPULATION ENLARGING TIME PURSUANT TO LOCAL RULE 6-1(b)** |
| v. | Judge: Honorable Ronald M. Whyte |
| GOOGLE INC., | Initial Complaint Filed: January 20, 2012 |
| Defendant. | |

STIPULATION ENLARGING TIME
CASE NO. 5:12-CV-00237-RMW

Pursuant to N.D. Cal. Civil Local Rule 6-1(b) and 6-2(a), this stipulated request is entered into between Counsel for Plaintiffs Rachel Frezza and Mauro Rodriguez (collectively "Plaintiffs") and Defendant Google Inc. ("Google"). The named parties hereby stipulate that Plaintiffs' First Amended Complaint shall be filed no later than December 27, 2012, and that Defendant's response to Plaintiff's First Amended Complaint shall be filed no later than January 28, 2013.

WHEREAS, on November 20, 2012, the Court issued an Order granting Defendant's Motion to Dismiss the Complaint, and granted Plaintiffs 30 days to submit an amended complaint (Docket No. 31);

WHEREAS, the named parties filed a stipulation on December 13, 2012 (Docket No. 32) whereby the parties agreed that Plaintiffs would file their First Amended Complaint on or before December 20, 2012;

WHEREAS, the Court has not yet entered an Order on the December 13 Stipulation;

WHEREAS, the enlargement of time requested herein would serve the convenience of the parties; and

WHEREAS, the enlargement of time sought will not affect the date of any other event or deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND REQUESTED that Plaintiffs shall have until, and including, December 27, 2012 to file their First Amended Complaint and that Defendant shall have until, and including, January 28, 2013 to respond to the First Amended Complaint. If Defendant's response to the Amended Complaint is not an answer, but rather a motion pursuant to Fed. R. Civ. P. 12, then (i) Plaintiffs' opposition to that motion shall be filed no later than 30 days from the date of service of that motion; and (ii) Defendant's reply shall be filed no later than 21 days from the date of service of Plaintiffs' opposition.

Pursuant to Civil Local Rule 6-2(a)(2), the parties state that on February 2, 2012, Plaintiffs agreed to extend Google's time to respond to the Complaint to March 16, 2012; on March 30, 2012, the parties agreed to extend Plaintiffs' time to file their Opposition to Google's Motion to Dismiss until April 20, 2012, and Google's time to file its Reply until May 4, 2012; on May 10, 2012, the parties stipulated and requested that the hearing on Google's motion to dismiss the complaint would be adjourned until June 15, 2012; and on August 20, 2012, the parties agreed that any case management conference would be adjourned until after the Court ruled on Google's Motion to Dismiss.

**IT IS SO STIPULATED AND REQUESTED**

DATED: December 20, 2012     SIPRUT PC

By: /s/   Joseph J. Siprut
    Joseph J. Siprut (*Pro Hac Vice*)
    Todd C. Atkins (SBN 208879)

    *Attorneys for Plaintiffs and the
    Proposed Putative Class*

DATED: December 20, 2012     MAYER BROWN LLP

By: /s/ Jonathan A. Helfgott
    Edward D. Johnson (SBN 189475)
    Eric B. Evans (SBN 232476)
    Jonathan A. Helfgott (SBN 278969)

    *Attorneys for Defendant
    Google Inc.*

Filer's attestation: In compliance with General Order 45(x)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for Defendant, Jonathan A. Helfgott.

/s/ Joseph J. Siprut

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

(1) Plaintiffs shall have until, and including, December 27, 2012 to file their First Amended Complaint.

(2) Google shall have until, and including, January 28, 2013 to respond to Plaintiffs' First Amended Complaint.

(3) In the event that Google's response is a motion pursuant to Fed. R. Civ. Proc. 12, Plaintiffs' opposition to that motion shall be filed no later than 30 days from the date of service of that motion, and Defendant's reply shall be filed no later than 21 days from the date of service of Plaintiffs' opposition.

DATED: 12/21/12

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2012 I electronically filed **Stipulation Enlarging Time Pursuant To Local Rule 6-1(b)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  s/ Joseph J. Siprut