| | |
|---|---|
| 1 | EDWARD D. JOHNSON (SBN 189475) |
| | wjohnson@mayerbrown.com |
| 2 | ERIC B. EVANS (SBN 232476) |
| | eevans@mayerbrown.com |
| 3 | JONATHAN A. HELFGOTT (SBN 278969) |
| | jhelfgott@mayerbrown.com |
| 4 | MAYER BROWN LLP |
| | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 6 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |

Attorneys for Defendant
Google Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RACHEL FREZZA and MAURO RODRIGUEZ, on their own behalf and all others similarly situated,<br>  Plaintiffs,<br>  v.<br>GOOGLE INC.,<br>  Defendant. | CASE NO. 5:12-CV-00237-RMW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Judge: Honorable Ronald M. Whyte<br><br>Initial Complaint Filed: January 13, 2012 |

Pursuant to N.D. Cal. Civil Local Rule 6-1(b) and 6-2(a), this stipulated request is entered into between Counsel for Plaintiffs Rachel Frezza and Mauro Rodriguez (collectively "Plaintiffs") and Defendant Google Inc. ("Google").

WHEREAS, Google served its Motion to Dismiss the First Amended Complaint on January 28, 2013 (Dkt. 37);

WHEREAS, the parties agreed that the hearing on Google's Motion to Dismiss would take place on March 15, 2013;

WHEREAS, when Google filed its Motion to Dismiss the First Amended Complaint, a briefing schedule was automatically set that contradicted the parties' previously agreed-upon briefing schedule (Dkt. 33);

WHEREAS, under the parties' previously agreed-upon briefing schedule (Dkt 33), Plaintiffs' Response is not due until February 27, 2013 and Google's Reply would not be due until Wednesday, March 20, 2013; and

WHEREAS, under the agreed-upon briefing schedule, Google's Reply is not due until after the noticed hearing date;

IT IS HEREBY STIPULATED AND AGREED that the parties jointly request that the hearing on Google's Motion to Dismiss be adjourned until April 19, 2013 at 9:00 a.m, or a later date at the Court's convenience, and that the briefing schedule reflected in Docket No. 33 be recognized as controlling.

Pursuant to Civil Local Rule 6-2(a)(2), the parties state that on February 2, 2012, Plaintiffs agreed to extend Google's time to respond to the Complaint to March 16, 2012; on March 30, 2012, the parties agreed to extend Plaintiffs' time to file their Opposition to Google's Motion to Dismiss until April 20, 2012, and Google's time to file its Reply until May 4, 2012; on May 10, 2012, the parties stipulated and requested that the hearing on Google's motion to

-1-
STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. 5:12-CV-00237-RMW

dismiss the complaint would be adjourned until June 15, 2012; on August 20, 2012, the parties agreed that any case management conference would be adjourned until after the Court ruled on Google's Motion to Dismiss; on December 13, 2012, the parties stipulated to enlarge Google's time to respond to Plaintiff's First Amended Complaint to January 22, 2013, and agreed that if Google's Response to the First Amended Complaint were not an answer, but rather a motion pursuant to Fed. R. Civ. Proc. 12, then (i) Plaintiffs' opposition to that motion would be filed no later than thirty (30) days from the date of service of that motion; and (ii) Google's reply would be filed no later than twenty-one (21) days from the date of service of Plaintiffs' opposition; and on December 20, 2013, the parties stipulated that (i) Plaintiffs would have until and including December 27, 2012 to file the First Amended Complaint, (ii) Google would have until and including January 28, 2013 to respond to the First Amended Complaint; and (iii) in the event that Google's response was a motion pursuant to Rule 12, Plaintiff's opposition to that motion would be filed no later than thirty (30) days from the date of service of that motion, and Google's reply would be filed no later than twenty-one (21) days from the date of service of Plaintiffs' opposition.

**IT IS SO STIPULATED AND REQUESTED**

DATED: February 13, 2012                MAYER BROWN LLP


By: s/ Edward D. Johnson
    Edward D. Johnson (SBN 189475)
    Eric B. Evans (SBN 232476)
    Jonathan A. Helfgott (SBN 278969)

*Attorneys for Defendant*
*Google Inc.*


DATED: February 13, 2012                SIPRUT PC

By: /s/   Joseph J. Siprut
    Joseph J. Siprut (*Pro Hac Vice*)
    Todd C. Atkins (SBN 208879)

-2-

|     |     |
| --- | --- |
| 1   | *Attorneys for Plaintiffs Rachel Frezza and Mauro Rodriguez* |

Filer's attestation: In compliance with General Order 45(x)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for Plaintiff, Joseph J. Siprut.

/s/    Edward D. Johnson
Edward D. Johnson

-2-
STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. 5:12-CV-00237-RMW

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The hearing on Google's Motion to Dismiss shall be adjourned to April 19, 2013 at 9:00 a.m.

2. Plaintiffs' Opposition to Google's Motion to Dismiss shall be filed no later than February 27, 2013, and Google's Reply shall be filed no later than twenty-one days from the date of service of Plaintiffs' Opposition.

DATED: February 14, 2013

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE