UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHEL FREZZA and MAURO RODRIGUEZ, on their own behalf and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. 5:12-cv-00237-RMW<br><br>**AMENDMENT TO ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [DKT. NO. 43]** |

Any amended complaint permitted pursuant to this court's order granting defendants' motion to dismiss, Dkt. No. 43, must be filed on or before May 31, 2013.

Dated: May 1, 2013

_Ronald M. Whyte_
Ronald M. Whyte
United States District Court Judge

AMENDMENT TO ORDER GRANTING MOT. TO DISMISS FAC
CASE NO. C-12-00237-RMW
- 1 -