Joseph J. Siprut (*Admitted Pro Hac Vice*)
jsiprut@siprut.com
Aleksandra M.S. Vold (*Admitted Pro Hac Vice*)
avold@siprut.com
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
T: 312.236.0000
F: 312.948.9196

Todd C. Atkins
tatkins@siprut.com
**SIPRUT PC**
701 B Street, Suite 1170
San Diego, CA 92101
T: 619.255.2380
F: 619.231.4984

Attorneys for Plaintiffs Rachel Frezza and Mauro Rodriguez.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RACHEL FREZZA and MAURO RODRIGUEZ, on their own behalf and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. 5:12-CV-00237-RMW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims of the Plaintiffs, Rachel Frezza and Mauro Rodriguez, in the above captioned action are dismissed with prejudice.

DATED: July 12, 2013

SIPRUT PC

By: /s/ Joseph J. Siprut
Joseph J. Siprut (*Pro Hac Vice*)
Aleksandra M.S. Vold (*Pro Hac Vice*)
Todd C. Atkins (SBN 208879)

*Attorneys for Plaintiffs Rachel Frezza and Mauro Rodriguez*